# IN THE SUPREME COURT OF THE STATE OF NEVADA

GABRIEL GARCIA,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ELISSA F. CADISH, DISTRICT JUDGE,
Respondents,
and
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY; AND JOYCE
KING,
Real Parties in Interest.

No. 69772

FILED

MAR 1 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges a district court order dismissing, for failure to state a viable claim, the portion of a complaint seeking to renew a judgment against real party in interest Joyce King. Having considered the petition, we conclude that petitioner has failed to demonstrate that our extraordinary intervention is warranted.

A writ of mandamus is available to compel legally-required action by an inferior state tribunal, but the writ generally will not issue when the petitioner has a plain, speedy, and adequate remedy at law. NRS 34.160; NRS 34.170; *Mineral Cty. v. State, Dep't of Conservation & Nat. Res.*, 117 Nev. 235, 242-43, 20 P.3d 800, 805 (2001). Here, petitioner has indicated that, after King was dismissed, the underlying case was removed to the federal district court. As a result, the respondent district court lacks jurisdiction, and petitioner's remedy properly lies with the

16-08635

federal court. 28 U.S.C. §§ 1446(d) and 1450 (2012); *Ackerman v. ExxonMobil Corp.*, 734 F.3d 237, 249 (4th Cir. 2013); *Laguna Vill., Inc. v. Laborers' Int'l Union of N. Am.*, 672 P.2d 882, 885 (Cal. 1983). Accordingly, we conclude that our extraordinary intervention is not warranted or appropriate, *Mineral Cty.*, 117 Nev. 235, 20 P.3d 800 (denying a writ petition out of deference to the proper, federal court forum), and we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:    Hon. Elissa F. Cadish, District Judge
       Christensen Law Offices, LLC
       Harper Law Group
       Eighth District Court Clerk